# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| William Moreland, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>1st Franklin Financial Corporation,<br><br>Defendant. | Case No. 2:23-cv-00038-SCJ |
| Ezra Williams, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>1st Franklin Financial Corporation,<br><br>Defendant. | Case No. 1:23-cv-00915-SCJ |
| Price Laney, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>1st Franklin Financial Corporation,<br><br>Defendant. | Case No. 1:23-cv-00916-SCJ |

1

## ORDER CONSOLIDATING RELATED ACTIONS

**WHEREAS**, Plaintiffs William Moreland, Ezra Williams, and Price Laney ("Plaintiffs") filed a motion for an order requesting consolidation of the three above-captioned Actions;

**WHEREAS**, Plaintiffs consulted with Defendant's Counsel, which does not oppose consolidation; and

**WHEREAS**, the Court has carefully reviewed the motion, and good cause appearing based on the record.

**IT IS THEREFORE ORDERED** that:

1.      The following related actions shall be consolidated for all purposes: *William Moreland v. 1st Franklin Financial Corporation*, Case No. 2:23-cv-00038-SCJ; *Ezra Williams v. 1st Franklin Financial Corporation*, Case No. 1:23-cv-00915- SCJ; *and Price Laney v. 1st Franklin Financial Corporation*, Case No. 1:23-cv- 00916-SCJ.

2.      The *Moreland* case is designated as the lead case. All future-filed papers shall be filed in the Consolidated Action under **Case No. 2:23-cv-00038-SCJ.**[1] The Clerk is **DIRECTED** to administratively close Case No. Case No. 1:23-

---

[1]  At this time, the Court will not, as the Proposed Order specified, consolidate "[a]ll subsequently filed actions involving common questions of law and fact" (Doc. No. [9-2], 3). The Court will not consolidate these later filed cases until Parties in the other cases have at the least been notified and given opportunity to respond to the potential consolidation.

cv-00915-SCJ and Case No. 1:23-cv-00916-SCJ.

3.      Plaintiffs shall have thirty (30) days from the date of this Order to file

a Consolidated Amended Complaint.[2]


**IT IS SO ORDERED.**


Dated: _March 31, 2023_                          _____
                                                                 Hon. Steve C. Jones
                                                                 United States District Judge

---

[2] No change to the case-style/caption of 2:23-cv-0038 shall occur at this time. The Court will await the filing of the Amended Complaint for purposes of changing the case-style.

4